UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LANCE TURNER, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:22-cv-292-SDJ-KPJ |
| KILOLO KIJAKAZI, | § | |
| *Acting Commissioner of Social* | § | |
| *Security*. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 14, 2023, the report of the Magistrate Judge (the "Report"), (Dkt. #29), was entered containing proposed findings of fact and recommendations that Defendant Kilolo Kijakazi, Acting Commissioner of Social Security's ("Defendant") Motion to Dismiss (the "Motion to Dismiss"), (Dkt. #19) be granted and all other pending motions be denied as moot because the federal court is not the proper jurisdiction for the relief Plaintiff Lance Turner ("Plaintiff") seeks at this time. On December 4, 2023, Plaintiff filed Objections, (Dkt. #30), to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objections, (Dkt. #30), are **OVERRULED** and the Magistrate Judge's report is **ADOPTED** as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion to Dismiss (Dkt. #19) is hereby **GRANTED** and all other pending motions are **DENIED AS MOOT**.

So **ORDERED and SIGNED this 29th day of December, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE