UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LANCE TURNER | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-292-SDJ-KPJ |
| | § | |
| KILOLO KIJAKAZI | § | |
| *Acting Commissioner of Social* | § | |
| *Security.* | § | |

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff Lance Turner's claims are hereby **DISMISSED with prejudice**.

All relief not previously granted is hereby **DENIED**.

This Order constitutes an appealable final judgment.

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 29th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

1